SIMPSON, Justice.

Petition of Leamon Miller for certiorari to the Court of Appeals to review and revise the judgment and decision in Miller v. State, 43 Ala.App. 287, 189 So.2d 576.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

190 So.2d 924

**Ralph C. MONEY**

**v.**

**STATE.**

**I Div. 405.**

Supreme Court of Alabama.

Oct. 13, 1966.

Richard A. Ball, Jr., Montgomery, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Ralph C. Money for certiorari to the Court of Appeals to review and revise the judgment and decision in Money v. State, 43 Ala.App. 378, 190 So.2d 922.

Writ denied.

· LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.

194 So.2d 865

**Ralph C. MONEY**

**v.**

**STATE.**

**I Div. 411.**

Supreme Court of Alabama.

Feb. 2, 1967.

Ralph C. Money, pro se.

Richmond M. Flowers, Atty Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Ralph C. Money for certiorari to the Court of Appeals to review and revise the judgment and decision in Money v. State, 194 So.2d 865 (1 Div. 147).

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

192 So.2d 447

**James MUNFORD**

**v.**

**STATE.**

**3 Div. 171–D.**

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.